**Miriam S. Bickson, Plaintiff-Appellant, v. Irwin S. Bickson, Defendant-Appellee.**

**Gen. No. 48,626.**

First District, Second Division.

May 9, 1962.

Robert B. Cook, of Chicago, for appellant; Rinella and Rinella, of Chicago (Samuel A. Rinella and Robert M. Woodward, of counsel), for appellee. Opinion by MR. JUSTICE BRYANT. **Not to be published in full.**